**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. Steven Lloyd Taylor | | | **DISTRICT JUDGE:** Janet T. Neff | |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:19-cr-197 | 12/19/2019 | 11:15 AM - 12:07 PM | Grand Rapids | |

**APPEARANCES**

| Government: Ronald M. Stella | Defendant: Sean Tilton | Counsel Designation: FPD Appointment |
|---|---|---|

### TYPE OF HEARING
- __ Arraignment:
  - __ mute    __ nolo contendre
  - __ not guilty    __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __)
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: ____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: ____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA
Charging Document:
  __ Read    __ Reading Waived

Guilty Plea to Count(s) ____
of the ____

Count(s) to be dismissed at sentencing: ____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: 41 Months/41 Months
Probation: ____
Supervised Release: 2 Years/2 Years
Fine: $ Waived
Restitution: $431,828.05
Special Assessment: $ 200.00

Plea Agreement Accepted: ✓ Yes __ No
Defendant informed of right to appeal: ✓ Yes __ No
Counsel informed of obligation to file appeal: ✓ Yes __ No

Conviction Information:
  Date: 8/20/2019
  By: Plea
  As to Count (s): One

**ADDITIONAL INFORMATION:**

| **CUSTODY/RELEASE STATUS** | **BOND AMOUNT AND TYPE** |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |

**CASE TO BE:**    **TYPE OF HEARING:**

**Reporter/Recorder:** Paul Brandell    **Case Manager:** R. Wolters